## NOTICE OF CLAIM
### IMPORTANT INFORMATION IS ON THE BACK. PLEASE READ!

PLAINTIFF

RAZOR CAPITAL II, LLC
8000 Norman Center Drive, Suite 115
Bloomington, MN 55437

Lake Superior Court
Small Claims Division
2293 North Main Street
Crown Point, IN 46307
(219) 755-3445, 755-3448

DEFENDANT

ROBERT HOLLAND
1120 Baker St
Gary IN 46404-1630

CAUSE NUMBER: 45D09 1111 SC0


Filed in Clerk's Office
NOV 28 2011

**TO THE DEFENDANT::**

You have been sued by the Plaintiff whose name appears above. YOU ARE HEREBY NOTIFIED that the trial of this claim is set for **January 18, 2012 at 1:10 PM**. If you fail to appear in the LAKE SUPERIOR COURT SMALL CLAIMS DIVISION, 2293 N. MAIN STREET CROWN POINT, IN 46307 at the date and time set for trial, a default judgment may be entered against you. Other important information concerning this claim is on the next page of this Notice of Claim. ALL PARTIES MUST BRING TO COURT 3 COPIES OF ALL DOCUMENTS THEY INTEND TO SUMBIT AS EVIDENCE TO THE JUDGE.

A brief statement of the nature of the Plaintiff's claim <u>against</u> you is as follows:

That the Defendant is indebted to the Plaintiff in the sum of $2,771.35 FOR THE REASONS STATED HEREIN: On March 2, 2006, Defendant Robert Holland opened a charge account with Credit One Bank, N.A. to provide credit on merchandise purchased. The last payment was posted to this account on December 28, 2009. A credit card agreement was delivered to Defendant and is in their possession. Defendant has received billings for the amount due, has failed to object to the billings, and has failed, refused or neglected to pay the balance due and owing Plaintiff.

Exhibits Attached:     Account_____     Contract_____     Other_____     Lease_____
(LANDLORDS MUST ATTACH A COPY OF THE LEASE TO THIS DOCUMENT, IF ONE EXISTS, AND PROVIDE TO THE CLERK 1 ADDITIONAL COPY OF THE LEASE FOR EVERY PERSON SUED AT THE TIME SUIT IS FILED)
The Plaintiff demands judgment against the Defendant(s) for $2,771.35, plus interest at the rate of 8% and the Court costs of this action.

SERVICE INFORMATION

____ CERTIFIED MAIL  12-8-11  DATE

/ SHERIFF       ____ CLERK

____ BY DEPUTY

Denise M. Hallett, Attorney for Plaintiff
Attorney Number 8406-45
4095 Embassy Drive SE
Grand Rapids, MI 49546
616-988-2280

## EXHIBIT A

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. 11-59465, P 14

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR SMALL CLAIMS |
| | )ss: | |
| COUNTY OF LAKE | ) | CAUSE NO.  45D09 1111 SC0 3 523 |
| RAZOR CAPITAL II, LLC | ) | |
|    Plaintiff, | ) | |
| vs. | ) | |
| ROBERT HOLLAND | ) | |
|    Defendant(s) | ) | |
| | ) | |

**AFFIDAVIT OF DEBT**

*Filed in Clerk's Office NOV 28 2011 — CLERK LAKE SUPERIOR COURT*

STATE OF MINNESOTA )
                       ) ss
COUNTY OF HENNEPIN )

Comes now affiant and states:

I, Todd Anderson, am a designated full-time Director of Operations of the Plaintiff, RAzOR Capital II, LLC. I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiff's business and/or my personal knowledge:

Plaintiff is the assignee of Defendant's account(s) from Credit One Bank, N.A.. The account(s) was/were assigned from Credit One Bank, N.A. to Sherman Originator III, LLC to RAzOR Capital II, LLC, the Plaintiff.

Robert Holland, Defendant(s), has an unpaid balance of $2,771.35. That amount is due and owing to Plaintiff.

Account number ending in 4634 was opened on March 2, 2006 and the last payment posted to Defendant's account was posted on December 28, 2009.

The type of account is a Credit One Bank, N.A. account. The account balance includes the balance at the time of charge off on August 8, 2010 in the amount of $2,525.07, plus pre-suit interest at the rate of 8 percent per annum from August 8, 2010 to October 28, 2011, in the amount of $246.28, minus $.00 in payment(s), for a total due and owing of $2,771.35. Plaintiff is not seeking attorney's fees.

Plaintiff believes that Defendant(s) is not a minor or an incompetent individual. Plaintiff states and declares that Defendant(s) is not on active military service. Plaintiff's statement that Defendant(s) is not on active military service is based upon the records of the Department of Defense Service Members Civil Relief Act.

I affirm under the penalties for perjury that the foregoing representations are true.

Date: 10-31-11

Todd Anderson
Director of Operations, RAzOR Capital II, LLC

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. 11-59465, P 14

## BILL OF SALE - EXHIBIT 4 – BUSINESS RECORDS AFFIDAVIT

I, Adele Burton, on this 20th Day of September 2010 being duly sworn, depose and say:

1. I am the Portfolio Services Manager (the "Undersigned Technician") of Credit One Bank, NA, N.A. or a servicing affiliate of Credit One Bank, N.A. (collectively the "Originating Creditor"), originator of certain accounts owned by Sherman Originator III, LLC ("Seller"), and am authorized to make this affidavit on behalf of the Originating Creditor and Seller.

2. I am aware that Seller is currently selling assets to RAzOR Capital II, LLC ("Buyer") pursuant to a Purchase and Sale Agreement (the "Agreement"), dated May 13, 2010, by and between Seller and Buyer.

3. The electronic data file containing the business records of the Originating Creditor on behalf of Seller named "SaleFile_092010_Razor.xlsx" (the "Data File"), which contains each Account sold by Seller to Buyer pursuant to the Agreement, is produced from the computer data system (the "Data System") used by the Originating Creditor on behalf of Seller in the ordinary course of its business to maintain all information related to the Accounts.

4. The Data System is reliable. The Originating Creditor has developed procedures for inserting data into and extracting data from the Data System. The Data System has built-in safeguards to ensure the accuracy of the information stored in the Data System and identify errors. The Data System is maintained in a good state of repair. The Data File was extracted from the Data System by the undersigned technician. The undersigned technician used the proper procedures to extract the Data File from the Data System. The Data System was in good working order at the time the Data File was extracted from the Data System. The undersigned technician recognizes the Data File as the Data File that was extracted from the Data System. The undersigned technician recognizes the Data File as the one extracted by the undersigned technician from the Data System because the total number of Accounts and the aggregate unpaid balance of those Accounts matches to the control totals established by the technician at the time the Data File was extracted and all of the fields shown on the Data Map attached to the Bill of Sale for the Agreement as Exhibit 3 to the Bill of Sale are present on the Data File.

*[signature: Adele Burton]*

State of Nevada )
) ss.
County of )

On this 20th day of September, 2010, before me the undersigned, a Notary Public in and for the State of Nevada, personally appeared Adele Burton, to me personally known, who, being by me duly sworn, did say the within and foregoing instrument was signed on behalf of said Seller by authority of its Board of Directors; and that the said person as such officer, acknowledged the execution of said instrument to be the voluntary act and deed of said Seller.

*[signature: Paula McFarland]*
Notary Public in and for the State of Nevada

PAULA MCFARLAND
Notary Public, State of Nevada
Appointment No. 06-104405-1
My Appt. Expires Apr 11, 2014

EXHIBIT B

3

### Exhibit B – Bill of Sale

### ASSIGNMENT OF ACCOUNTS AND BILL OF SALE

As of the close of business on September 17, 2010, Sherman Originator III, LLC ("Seller"), owner of accounts previously serviced by Credit One Bank, NA, and its servicing affiliates (collectively the "Originating Creditor") for value received, transfers, sells, assigns, conveys, grants and delivers to RAzOR Capital II, LLC ("Buyer"), all right, title and interest in and to (i) Seller's unsecured consumer credit card accounts which are described on the certain electronic data file containing the business records of Seller named "SaleFile_092010_Razor.xlsx" (the "Computer File") incorporated herein by reference in its entirety as Exhibit 2 and furnished by Seller to Buyer in connection herewith; and (ii) all proceeds of such accounts (each, an "Account") comprised of the following:

| NUMBER OF ACCOUNTS | TOTAL UNPAID BALANCE |
|---|---|
| 11,405 | $10,011,489.21 |

This assignment is subject to the terms of the Agreement for the Purchase and Sale Agreement, dated May 13, 2010 between the parties hereto (the "Agreement"), without representations and warranties of any kind or character except as set forth therein, which Agreement is incorporated herein by reference. The Accounts are shown on the list of Account numbers and Unpaid Balances (the "Account Schedule") attached hereto and incorporated herein as Exhibit 1. Each Account on the Account Schedule is more specifically described and identified on the Computer File named "SaleFile_092010_Razor.xlsx", which Computer File is incorporated herein in its entirety by reference, which was produced by the Originating Creditor on behalf of Seller and the technician, whose affidavit is attached hereto as Exhibit 4, from Seller's computer data system (the "Data System") on September 14th, 2010 in the form of the Data Map attached hereto as Exhibit 3.

Such Accounts were originated by FNBM, LLC and subsequently sold to Sherman Originator III LLC on September 17th, 2010, prior to Seller taking ownership of the Accounts. Each applicable bill of sale for each of these transfers is attached hereto as Exhibit 5.

Seller hereby covenants with Buyer and its successors and assigns that Seller has good and lawful authority to sell and convey the above-described property and that said property is free and clear of all liens and encumbrances whatsoever.

This 17th day of September, 2010:

SHERMAN ORIGINATOR III, LLC

By: _____
Jon Mazzoli

State of South Carolina )
                       ) ss.
County of Charleston   )

On this 17th day of September, 2010, before me the undersigned, a Notary Public in and for the State of South Carolina, personally appeared Jon Mazzoli, to me personally known, who, being by me duly sworn, did say the within and foregoing instrument was signed on behalf of said Seller by authority of its Board of Directors; and that the said person as such officer, acknowledged the execution of said instrument to be the voluntary act and deed of said Seller.

_____
Notary Public in and for the State of South Carolina

JENNIFER G. ACKAH
NOTARY PUBLIC
CHARLESTON COUNTY, S.C.
My Commission Expires February 1, 2016

EXHIBIT C

4

# STENGER & STENGER
### A MICHIGAN PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| PHILLIP S. STENGER<br>ADMITTED IN MI, KY, MN, & GA<br>KAY GRIFFITH HAMMOND<br>ADMITTED IN MI<br>LAURA D. DUSTON<br>ADMITTED IN MI, KY, GA & CO<br>JOSEPH M. JAMMAL<br>ADMITTED IN MI & MN<br>DUSTIN H. ALLEN<br>ADMITTED IN IN<br>JESSICA WASSENBERG<br>ADMITTED IN MN<br>JUSTIN R. WILSON<br>ADMITTED IN MI | 4095 EMBASSY DRIVE, S.E.<br>SUITE A<br>GRAND RAPIDS, MICHIGAN 49546<br><br>TELEPHONE (616) 954-2300<br>FACSIMILE (616) 942-9657<br>TOLL FREE (888) 305-7775 | OF COUNSEL:<br>LEWIS G. MOSBURG, JR.<br>ADMITTED IN MI & OK<br>LEE T. SILVER<br>ADMITTED IN MI<br>DOUGLAS W. VAN ESSEN<br>ADMITTED IN MI<br>DENISE M. HALLETT<br>ADMITTED IN IN<br>MELISSA HOFFMAN<br>ADMITTED IN NJ & PA<br>DANIEL A. MANCINI<br>ADMITTED IN NJ & PA<br>BRETT P. RILEY<br>ADMITTED IN CO & WY |

**PLEASE REFER TO OUR FILE NO. 11-59465**

July 26, 2011

Robert Holland
1120 Baker St
Gary IN 46404-1630

Re:   Your indebtedness to:
RAzOR Capital II, LLC
Total Balance as of the date of this letter: $2,719.33
(The amount reflected above is the amount you owe as of the date of this letter. This amount may change due to interest or charges added to the account after the date of this letter.)

Dear Robert Holland:

We represent RAzOR Capital II, LLC, which has been assigned your account number(s) 4447961118194634 originally issued by Credit One Bank, N.A. . To assist with the proper crediting of your account(s), we request that all future payments on the account(s) be made to the order of Stenger & Stenger, P.C. at the above address, or please visit our website at www.paystenger.com to make payment(s) online. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account(s). However, if you fail to contact this office, our client may consider additional remedies to recover the balance due.

Unless you dispute this debt, or any portion of it, within 30 days after you receive this notice, we will assume that it is valid. If you notify us in writing within the 30 day period that you dispute this debt or any portion of it, we will obtain verification of the debt or a copy of any judgment and mail it to you. If the above creditor is not the original creditor and you submit a written request within the 30 day period for the name and address of the original creditor, we will supply such information to you. The law does not require us to wait until the end of the 30 day period before initiating legal action to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the 30 day period that begins with your receipt of this letter, the law requires us to suspend our efforts (through legal action or otherwise) to collect the debt until we mail the requested information to you.

Your prompt attention and cooperation will be appreciated.

Very truly yours,

**STENGER & STENGER, P.C.**

**Office Hours:**
Monday          8:00 AM - 7:00 PM EST

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

EXHIBIT D

# STENGER & STENGER
A MICHIGAN PROFESSIONAL CORPORATION

PHILLIP S. STENGER
  ADMITTED IN MI, KY, MN, GA & CO
KAY GRIFFITH HAMMOND
  ADMITTED IN MI
LAURA D. DUSTON
  ADMITTED IN MI, KY, CA, CO & MD
JOSEPH M. JAMMAL
  ADMITTED IN MI & MN
DUSTIN H. ALLEN
  ADMITTED IN IN
JESSICA WASSENBERG
  ADMITTED IN MN

2618 EAST PARIS AVE SE
GRAND RAPIDS, MICHIGAN 49546

TELEPHONE (616) 954-2300
FACSIMILE (616) 942-9657
TOLL FREE (888) 305-7775

OF COUNSEL:
LEWIS G. MOSBURG, JR.
  ADMITTED IN MI & OK
LEE T. SILVER
  ADMITTED IN MI
DOUGLAS W. VAN ESSEN
  ADMITTED IN MI
DENISE M. HALLETT
  ADMITTED IN IN
MELISSA Y. HOFFMAN
  ADMITTED IN NJ & PA
DANIEL A. MANCINI
  ADMITTED IN NJ & PA
BRETT P. RILEY
  ADMITTED IN CO & WY

May 30, 2012

Robert Holland
1120 Baker St
Gary IN 46404-1630

    RE:    Name of Creditor: RAzOR Capital II, LLC
            Name of Original Creditor: Credit One Bank, N.A.
            Total Balance as of the date of this letter: $2,980.34
            (The amount reflected above is the amount you owe as of the date of this letter. This amount may change due to interest added to the account after the date of this letter.)

Dear Robert Holland:

    You have contacted this office indicating a dispute concerning the above-referenced debt. A lawyer in this office has reviewed the information our client provided us and our office has been in contact with our client concerning your dispute. Our client has verified that the debt is in existence and is due and owing as set out above.

    RAzOR Capital II, LLC has purchased account number 4447961118194634, a former Credit One Bank, N.A. account. The account was assigned from Credit One Bank, N.A. to Sherman Originator III, LLC to RAzOR Capital II, LLC. This account was opened on March 2, 2006 by Robert Holland, social security number xxx-xx-7212. The last payment was posted to this account on December 28, 2009 in the amount of $100.00. Please also note that Credit One Bank, N.A. reported this item to your credit bureau beginning on March 2, 2006. The original account information has been requested from Credit One Bank, N.A. and is enclosed for your review.

    If you feel this verification does not resolve your dispute, or if you wish to discuss this matter and attempt to amicably resolve it, we would welcome a call from you.

                                Very truly yours,

                                STENGER & STENGER, P.C.

                                Dustin H. Allen

**Office Hours:**
Monday - Wednesday    8:00 AM - 7:00 PM EST
Thursday-Friday    8:00 AM - 6:00 PM EST
*Telephone Number: (888) 305-7775*

THIS FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. 11-59465

EXHIBIT E

# STENGER & STENGER
### A MICHIGAN PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| PHILLIP S. STENGER<br>  ADMITTED IN MI, KY, MN, CA & CO<br>KAY GRIFFITH HAMMOND<br>  ADMITTED IN MI<br>LAURA D. DUSTON<br>  ADMITTED IN MI, KY, CA, CO & MD<br>JOSEPH M. JAMMAL<br>  ADMITTED IN MI & MN<br>DUSTIN H. ALLEN<br>  ADMITTED IN IN<br>AMANDA M. BREWSTER<br>  ADMITTED IN MI<br>OF COUNSEL:<br>LEE T. SILVER<br>  ADMITTED IN MI<br>DOUGLAS W. VAN ESSEN<br>  ADMITTED IN MI | 2618 EAST PARIS AVE SE<br>GRAND RAPIDS, MICHIGAN 49546<br><br>TELEPHONE (616) 954-2300<br>FACSIMILE (616) 942-9657<br>TOLL FREE (888) 305-7775 | OF COUNSEL:<br>LEWIS G. MOSBURG, JR.<br>  ADMITTED IN MI & OK<br>DENISE M. HALLETT<br>  ADMITTED IN IN<br>MELISSA Y. HOFFMAN<br>  ADMITTED IN NJ & PA<br>DANIEL A. MANCINI<br>  ADMITTED IN NJ & PA<br>BRETT P. RILEY<br>  ADMITTED IN CO & WY<br>JESSICA WASSENBERG<br>  ADMITTED IN MN<br>CINQUE AXAM<br>  ADMITTED IN GA<br>DANIELLE P. ROBERTS<br>  ADMITTED IN GA |

**PLEASE REFER TO OUR FILE NO.** 11-59465



March 13, 2013

Robert Holland
1120 Baker St
Gary IN 46404-1630

Re:    RAzOR Capital II, LLC
                vs
       Robert Holland
       Case No. 45D08-1206-SC-3462

Dear Robert Holland:

Enclosed herewith for your review are the documents regarding your account number 4447961118194634 originating with Credit One Bank, N.A. which is the subject of this action. Upon your review of the enclosed, please contact our office in an attempt to resolve this matter.

Very truly yours,

**STENGER & STENGER P.C.**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was served upon Robert Holland, 1120 Baker St, Gary IN 46404-1630, via United States first class mail, postage prepaid, on March 14, 2013.

_____
Stephanie Sharer, Paralegal

Enclosures        EXHIBIT F

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

VISA Account: 4447 9611 1819 4634    Customer Service: 877-825-3242

24/7 Online Account Access:    www.CreditOneBank.com

Send Inquiries To:   CREDIT ONE BANK P.O. BOX 98873 LAS VEGAS, NV 89193

| Statement Closing Date | Total Credit Line | Available For Purchases | Available For Cash | New Balance |
|---|---|---|---|---|
| 12/07/09 | $1,900.00 | $764.00 | $764.00 | $1,135.15 |

| Payment Due Date | Amount Over Credit Line (OCL) | Amount Past Due | Amount Due This Period | Minimum Payment Due |
|---|---|---|---|---|
| 01/01/10 | $0.00 | $0.00 | $52.00 | $52.00 |

*To avoid OCL fees, pay the greater of the "Amount OCL" or the "Minimum Payment Due" by the due date.*

| Trans Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| 11/08 | 11/08 | 24164079T63JLB8S0 | PILOT     00002717 GARY IN | 40.04 |
| 11/08 | 11/08 | 24493989TWKEZSDSW | AT&T CA20 6719 MERRILLVILLE IN | 75.90 |
| 11/13 | 11/13 | 24610439Z03T5X1HP | ZEENA GAS MART   Q39 GARY IN | 43.00 |
| 11/18 | 11/18 | 2461043A303TQBPQF | ZEENA GAS MART   Q39 GARY IN | 40.04 |
| 11/22 | 11/22 | 2416407A763JRKJWG | PILOT     00002717 GARY IN | 40.00 |
| 11/25 | 11/25 | 2469216A900FZAL9Y | BORDERS.COM     800-770-7811 MI | 40.56 |
| 11/28 | 11/28 | 2435178AD9GGWVQJQ | COMPLETE SAVINGS   800-8261885 CT | 12.00 |
| 11/28 | 11/28 | 2461043AD03TJT44G | ZEENA GAS MART   Q39 GARY IN | 46.59 |
| 11/28 | 11/28 | 7407193AD6TXPT90V | PAYMENT - WESTERN UNION LAS VEGAS   NV | -100.00 |
| 12/02 | 12/02 | 2461043AH03T9SRL1 | LUKE'S #251    Q39 GRIFFITH IN | 44.64 |
| 12/03 | 12/03 | 2413829AHSGE5F5JG | PITNEY BOWES RENTAL   800-228-1071 CT | 40.93 |
| 12/05 | 12/05 | 7407193AL6TXPT90W | PAYMENT - WESTERN UNION LAS VEGAS   NV | -150.00 |
| 12/06 | 12/06 | 7416407ALEQ51K3Z8 | BORDERS BKS&MU01001767 HIGHLAND CREDIT | -40.56 |
| 12/07 | 12/07 | F572700AM000CYLAC | ANNUAL FEE   01/10 THROUGH 01/10 | 6.50 |
|  |  | *FINANCE CHARGE* | PURCHASES $23.07 CASH ADVANCE $0.00 | 23.07 |

Send your friends and family to
CreditOneFriends.com
where they can apply for their own
credit card today.

| Account Summary | Previous Balance | (+) Purchases, Fees, Charges & Advances | (-) Payments & Credits | (+) FINANCE CHARGE included in APR | (=) New Balance |
|---|---|---|---|---|---|
|  | $972.44 | $430.20 | $290.56 | $23.07 | $1,135.15 |

Days This Billing Period:  30

| Rate Summary | Average Daily Balance | Monthly Periodic Rate | Corresponding APR | ANNUAL PERCENTAGE RATE (APR) |
|---|---|---|---|---|
| PURCHASES | $1,158.17 | 1.992% | 23.90% | 23.90% |
| CASH ADVANCES | $0.00 | 1.992% | 23.90% | 23.90% |

SEND PAYMENTS TO: P.O. BOX 60500 CITY OF INDUSTRY, CA 91716-0500

Make check or money order payable in U.S. dollars on a U.S. bank to Credit One Bank. Include account number on check or money order. No cash please

5395  0001  HBC   1   7  7   091207      Page 1 of 1     5727  9610  V002  01BZ5395      39946

Your Account Number
4447 9611 1819 4634

| Payment Due Date | Your New Balance | Minimum Payment Due | Please Enter Amount Of Payment Enclosed |
|---|---|---|---|
| 01/01/10 | $1,135.15 | $52.00 | $ |

☐ For address and telephone changes, please check the box and complete reverse side

To ensure proper credit, please return this portion with your payment. Please write your account number on your check, made payable to CREDIT ONE BANK. We may process your payment electronically. See payments paragraph on back.

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ROBERT HOLLAND
5014 W 17TH AVE
GARY IN 46406-2328

39846

0113515 0005200 4447961118194634 8

EXHIBIT G

# CREDIT ONE BANK CREDIT CARD STATEMENT

Account Number 4447 9611 1819 4634
July 08, 2010 to August 07, 2010

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---:|
| Previous Balance | $2,440.49 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $41.50 |
| Interest Charged + | $43.08 |
| **New Balance** | **$2,525.07** |
| Credit Limit | $2,000.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 08/07/10 |
| Days in Billing Cycle | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card  1-877-825-3242
Outside the U.S. Call  1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. BOX 98873 LAS VEGAS, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---:|
| New Balance | $2,525.07 |
| Past Due Amount | $758.00 |
| Amount Due This Period | $1,792.07 |
| Minimum Payment Due | $2,525.07 |
| Payment Due Date | 09/03/10 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a $35.00 late fee.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month | $2,525 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---:|
| | | | **Fees** | |
| SERVICE CHARGE | 08/07 | 08/07 | CLOSED ACCT. MAINT FEE | 6.50 |
| | 08/07 | 08/07 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **41.50** |
| | | | **Interest Charged** | |
| | 08/07 | 08/07 | Interest Charge on Purchases | 36.51 |
| | 08/07 | 08/07 | Interest Charge on Cash Advances | 6.57 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **43.08** |

**2010 Totals Year-to-Date**

| | |
|---|---:|
| Total fees charged in 2010 | $337.75 |
| Total interest charged in 2010 | $314.74 |



**YOUR ACCOUNT IS SCHEDULED TO BE CHARGED OFF. THE BALANCE WILL BE DUE IN FULL. CALL (888) 729-6274.**

**YOUR ACCOUNT IS CURRENTLY CLOSED.**

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $1,832.78 | $36.51 |
| Cash Advances | 23.90%(v) | $329.57 | $6.57 |

(v) = Variable Rate

---

5385 0001 BBH  1  7  7  100698    C X Page 1 of 1    G727 N519 C11D 01CN5385 50694

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 4447 9611 1819 4634 |
| New Balance: | $2,525.07 |
| Minimum Payment Due: | $2,525.07 |
| Payment Due Date: | 09/03/10 |
| AMOUNT ENCLOSED: | $ |

☐ For address, telephone and email changes, please check the box and complete reverse side Or, update your contact information online at www.CreditOneBank.com

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ROBERT HOLLAND
5014 W 17TH AVE
GARY IN 46406-2328

0000000 0252507 0252507 4447961118194634 2

PURCHASE AND SALE AGREEMENT

Between

RAzOR Capital II, LLC

(As Buyer)

And

SHERMAN ORIGINATOR III, LLC
(As Seller)

Dated As Of

May 13, 2010

EXHIBIT H

IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the day and year first above written.

| SELLER | BUYER |
|---|---|
| Sherman Originator III, LLC | RAzOR Capital II, LLC |
| By: _____ | By: _____ |
| Name: Jon Mazzoli, Director | Name: Chris Winkler |
| Date: 6/18/2010 | Date: 5-27-10 |

Sellers's Address for Notices:

Attn: Jon Mazzoli, Director
Sherman Originator III, LLC
c/o Sherman Capital Markets LLC
200 Meeting Street
Charleston, SC  29401

Buyer's Address for Notices:

Attn: Chris Winkler, CEO
RAzOR Capital II, LLC
8000 Norman Center Dr. Ste. 115
Bloomington, MN 55437
612-284-5787 Office

**CREDIT ONE BANK** #444796111819****

PO BOX 98872
LAS VEGAS, NV 89193-8872
(877) 825-3242

| | | | |
|---|---|---|---|
| Date Opened: 03/02/2006 | Balance: $0 | Pay Status: >Charged Off< |
| Responsibility: Individual Account | Date Updated: 10/08/2010 | Date Closed: 05/07/2010 |
| Account Type: Revolving Account | Payment Received: $0 | >Maximum Delinquency of 120 days in 06/2010 for $527 and in 08/2010< |
| Loan Type: CREDIT CARD | Last Payment Made: 12/28/2009 | |
| | High Balance: $2,525 | |
| | Original ChargeOff: $2,525 | |
| | Credit Limit: $2,000 | |

Account Sale Info: ACCOUNT SOLD TO SOLD TO ANOTHER LENDER
Remarks: CLOSED
Estimated month and year that this item will be removed: 01/2017

|        | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | C/O     | 120     | 120     | 120     | 90      | 60      | 30      | OK      | OK      | OK      |

|        | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

|        | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

|        | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

|        | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 | 11/2006 | 10/2006 | 09/2006 | 08/2006 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

|        | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2006 |
|--------|---------|---------|---------|---------|---------|
| Rating | OK      | OK      | OK      | OK      | OK      |

**DIRECT LOAN SVC SYSTEM** #303767****

PO BOX 5609
GREENVILLE, TX 75403-5609
(800) 848-0979

| | | | |
|---|---|---|---|
| Date Opened: 08/17/2006 | Date Updated: 09/30/2011 | Pay Status: Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Last Payment Made: 10/05/2007 | |
| Account Type: Installment Account | | Terms: $0 per month for 257 months, Deferred |
| Loan Type: STUDENT LOAN | | Date Closed: 09/30/2011 |
| | | >Maximum Delinquency of 90 days in 08/2007< |

High Balance: High balance of $50,595 from 12/2010 to 05/2011; $52,424 from 06/2011 to 09/2011

EXHIBIT I

Exhibit B – Bill of Sale

## ASSIGNMENT OF ACCOUNTS AND BILL OF SALE

As of the close of business on **May 14, 2010**, Sherman Originator III, LLC ("Seller"), owner of accounts previously serviced by Credit One Bank, NA, and its servicing affiliates (collectively the "Originating Creditor") for value received, transfers, sells, assigns, conveys, grants and delivers to RAzOR Capital II, LLC ("Buyer"), all right, title and interest in and to (i) Seller's unsecured consumer credit card accounts which are described on the certain electronic data file containing the business records of Seller named "SaleFile_May2010_RaZor.xlsx" (the "Computer File") incorporated herein by reference in its entirety as Exhibit 2 and furnished by Seller to Buyer in connection herewith; and (ii) all proceeds of such accounts (each, an "Account") comprised of the following:

| NUMBER OF ACCOUNTS | TOTAL UNPAID BALANCE |
|---|---|
| 11,255 | $ 10,278,463.99 |

This assignment is subject to the terms of the Agreement for the Purchase and Sale Agreement, dated May [ ], 2010 between the parties hereto (the "Agreement"), without representations and warranties of any kind or character except as set forth therein, which Agreement is incorporated herein by reference. The Accounts are shown on the list of Account numbers and Unpaid Balances (the "Account Schedule") attached hereto and incorporated herein as Exhibit 1. Each Account on the Account Schedule is more specifically described and identified on the Computer File named "SaleFile_May2010_RaZor.xlsx", which Computer File is incorporated herein in its entirety by reference, which was produced by the Originating Creditor on behalf of Seller and the technician, whose affidavit is attached hereto as Exhibit 4, from Seller's computer data system (the "Data System") on **May 14, 2010** in the form of the Data Map attached hereto as Exhibit 3.

Such Accounts were originated by **FNBM, LLC** and subsequently sold to **Sherman Originator III LLC** on **May 14, 2010**, prior to Seller taking ownership of the Accounts. Each applicable bill of sale for each of these transfers is attached hereto as Exhibit 5.

Seller hereby covenants with Buyer and its successors and assigns that Seller has good and lawful authority to sell and convey the above-described property and that said property is free and clear of all liens and encumbrances whatsoever.

This 14th day of May, 2010:

**SHERMAN ORIGINATOR III, LLC**

By: _____
Jon Mazzoli

State of South Carolina ) 
                       ) ss.
County of Charleston   )

On this **14th day of May, 2010**, before me the undersigned, a Notary Public in and for the State of South Carolina, personally appeared **Jon Mazzoli**, to me personally known, who, being by me duly sworn, did say the within and foregoing instrument was signed on behalf of said Seller by authority of its Board of Directors; and that the said person as such officer, acknowledged the execution of said instrument to be the voluntary act and deed of said Seller.

Notary Public in and for the State of South Carolina

JENNIFER G. ACKAH
NOTARY PUBLIC
CHARLESTON COUNTY, S.C.
My Commission Expires February 1, 2015

Exhibit B.c. Page 1 of 5

EXHIBIT J

STATE OF MINNESOTA )
                          ) SS
COUNTY OF HENNEPIN )

RE:   Robert Holland's indebtedness to RAzOR Capital II, LLC

### AFFIDAVIT OF VERIFICATION / VALIDATION

The undersigned, being duly sworn, deposes and says:

I hereby certify and affirm that I am the Director of Operations for RAzOR Capital II, LLC, a limited liability company organized and existing under the laws of the State of Minnesota.

I further certify that I am duly qualified and competent to testify to the matters stated herein and I am authorized to make this Affidavit for the reason that the account at issue is maintained under my supervision. I have verified the existence of Defendant's account, which was originally opened with Credit One Bank, N.A., account number 4447961118194634, and that the amount of the claim as previously provided is just and true to the best of my personal knowledge based on the books and records of RAzOR Capital II, LLC.

This Affidavit executed this 25 day of June, 2012.

_____
Todd Anderson, Director of Operations
RAzOR Capital II, LLC

Subscribed and sworn to before me on
this 25 day of June, 2012.

_____
Notary Public

Angela Rose Phyllis Doyle
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2015

THIS FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. 11-59465

EXHIBIT K

14