# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 13, 2017

*By the Court:*

|  | ROBERT HOLLAND, Plaintiff - Appellant |
|---|---|
| No. 16-2642 | v. |
|  | ROBERT DEJONG, CEO Credit One Bank, NA, et al., Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:14-cv-00326-JD-PRC Northern District of Indiana, Hammond Division District Judge Jon E. DeGuilio ||

On January 31, 2017, and February 21, 2017, the court ordered the appellant to show cause why this appeal should not be dismissed for lack of prosecution based on the failure to timely file an opening brief. Although the most recent response was due March 7, 2017, the appellant has failed to respond or file the required opening brief. The appellant remains subject to the filing bar entered on January 5, 2017, due to outstanding filing fees. Accordingly, **IT IS ORDERED** that this appeal is **DISMISSED** for lack of prosecution. See Cir. R. 31(c)(2).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 13, 2017

To:     Robert N. Trgovich
        UNITED STATES DISTRICT COURT
        Northern District of Indiana
        Hammond , IN 46320-0000

| | |
|---|---|
| No. 16-2642 | ROBERT HOLLAND,<br>Plaintiff - Appellant<br><br>v.<br><br>ROBERT DEJONG, CEO Credit One Bank, NA, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:14-cv-00326-JD-PRC<br>Northern District of Indiana, Hammond Division<br>District Judge Jon E. DeGuilio ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    Circuit Rule 31(c)

DATE OF RSC ORDER:                    01/31/2017 & 02/21/2017

**STATUS OF THE RECORD:**                    no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                        **Received by:**

_____                    _____

form name: **c7_Mandate**(form ID: **135**)